## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 12-7620-WDK (PLAx)　　　　　　　　　　　　　　　　Date October 15, 2014

Title:   J & J Sports Productions, Inc. v.  Tyler Matthew Cressler, et al.

---

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     (ORDER TO SHOW CAUSE)

By Order dated February 20, 2014, the parties were advised that a mediation must be concluded no later than November 24, 2014.  On June 25, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, October 10, 2014, at 1:00 p.m.  A Mediation Report was filed on October 10, 2014, by the ADR Director, indicating that neither defendant nor defendant's counsel appeared at the scheduled mediation.  Accordingly, **defendant is ordered to show cause, no later than October 22, 2014, why monetary sanctions should not be imposed on defendant and defendant's counsel for failure to comply with this Court's February 20, 2014, Order**.

cc:    Hon. William D. Keller
       Gail Killefer, ADR Coordinator
       Counsel of record

Initials of Deputy Clerk   ch