# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 12-7620-WDK (PLAx)                                      Date October 24, 2014

Title:   J & J Sports Productions, Inc. v. Tyler Matthew Cressler, et al.

---

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       (ORDER TO SHOW CAUSE)

The Court is in receipt of defendant Shane Sanders' Notice of Filing of Chapter 7 Bankruptcy Petition, filed on September 22, 2014.  The Court's October 15, 2014, order to show cause is hereby discharged **as to this defendant only**.  The order to show cause **remains in effect as to defendant Tyler Matthew Cressler and his counsel**.

cc:    Hon. William D. Keller
       Gail Killefer, ADR Coordinator
       Shane Sanders, pro se
       Counsel of record

Initials of Deputy Clerk   ch